B6D (Official Form 6D) (12/07)

In re    **Erin Amanda Burgess,**
**Roger Carroll Burgess,**
_____
Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **Aaron's Rental** 752 N. Main Street Cedartown, GA 30125 | | H | | | 2/2009 **Rent to own on washer/dryer $85.50 per month Current** Value $ 300.00 | | | | 1,539.00 | 1,239.00 |
| Account No. 3737 **American General Financial** 600 North Royal Avenue Evansville, IN 47715 | | | W | | 5/2007 **PMSI** **Blinds in foreclosed house** Value $ 0.00 | | | | 1,744.00 | 1,744.00 |
| Account No. 5419 **American General Financial** P.O. Box 3251 Evansville, IN 47731 | | | W | | **PMSI** **HVAC system in house that foreclosed** Value $ 0.00 | | | | 4,674.00 | 4,674.00 |
| Account No. 0508 **Anything Electric** P.O. Box 823 Holly Springs, GA 30142 | | H | | | **Judicial** **Recorded Judgment/FIFA in Paulding County** Value $ 1.00 | | | | 1,112.00 | 1,111.00 |

| | Subtotal (Total of this page) | 9,069.00 | 8,768.00 |
|---|---|---|---|

 **2**  continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Erin Amanda Burgess,**          Case No. _____
    **Roger Carroll Burgess**

_____
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | 2/2009 | | | | | |
| Aaron's Rental 752 N. Main Street Cedartown, GA 30125 | | H | | Rent to own on washer/dryer $85.50 per month Current | | | | | |
| | | | | Value $              300.00 | | | | 1,539.00 | 1,239.00 |
| Account No. 3737 | | | | 5/2007 | | | | | |
| American General Financial 600 North Royal Avenue Evansville, IN 47715 | | W | | PMSI Blinds In foreclosed house | | | | | |
| | | | | Value $                0.00 | | | | 1,744.00 | 1,744.00 |
| Account No. 5419 | | | | PMSI | | | | | |
| American General Financial P.O. Box 3251 Evansville, IN 47731 | | W | | HVAC system in house that foreclosed | | | | | |
| | | | | Value $                0.00 | | | | 4,674.00 | 4,674.00 |
| Account No. 0508 | | | | Judicial | | | | | |
| Anything Electric P.O. Box 823 Holly Springs, GA 30142 | | H | | Recorded Judgment/FIFA in Paulding County | | | | | |
| | | | | Value $                1.00 | | | | 1,112.00 | 1,111.00 |
| **2**   continuation sheets attached | | | | Subtotal (Total of this page) | | | | 9,069.00 | 8,768.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Erin Amanda Burgess,**
　　　　**Roger Carroll Burgess**                                    Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | Rent to Own | | | | | |
| CMB Builders 6942 Broad Street Douglasville, GA | | H | | | Storage shed $87 per month | | | | | |
| | | | | | Value $　　　　1,500.00 | | | | Unknown | Unknown |
| Account No. 2001 | | | | | 6/4/2008 | | | | | |
| Drive Time 7300 E. Hampton Ave. Ste 101 Mesa, AZ 85209 | | | W | | Title lien 2002 Ford Explorer To be surrendered | | | | | |
| | | | | | Value $　　　　3,075.00 | | | | 14,028.00 | 10,953.00 |
| Account No. 5263 | | | | | Judicial | | | | | |
| First Nation Bank 4159 Mill Street Covington, GA 30014 | | H | | | | | | | | |
| | | | | | Value $　　　　　1.00 | | | | 1,023.00 | 1,022.00 |
| Account No. xxxxCMx0992-F | | | | | 2000 | | | | | |
| Fords & Gantt Co, Inc. c/0 Arthur L. Phillips 843 Poplar Street Macon, GA 31201 | | H | | | Judicial | | | | | |
| | | | | | Value $　　　　　1.00 | | | | 2,972.00 | 2,971.00 |
| Account No. 1102 | | | | | Judicial | | | | | |
| Katherine & Daniel McGinnis c/o Daniel C. Thomas P.O. Box 52 Canton, GA 30115 | | J | | | | | | | | |
| | | | | | Value $　　　Unknown | | | | 3,115.00 | Unknown |

Sheet  1  of  2  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)　　　21,138.00　　　14,946.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Erin Amanda Burgess,**
         **Roger Carroll Burgess**                                                      Case No. _____

---
                                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 7/2002 | | | | | |
| Marlin Chestnut 79 Chestnut Path Dallas, GA 30132 | | H | Judicial | | | | | |
| | | | Value $ 1.00 | | | | Unknown | Unknown |
| Account No. 3887 | | | 2005 | | | | | |
| Pikes Nursery c/o Shaka Shedeke P.O. Box 370303 Decatur, GA 30037 | | H | Judicial | | | | | |
| | | | Value $ 1.00 | | | | 2,757.00 | 2,756.00 |
| Account No. xxxx MAG 3816 | | | Judicial | | | | | |
| Tony Roseberry 2220 Tucker Mill Road Conyers, GA 30094 | | H | | | | | | |
| | | | Value $ 1.00 | | | | 3,250.00 | 3,249.00 |
| Account No. 9685 | | | 5/14/2003 | | | | | |
| Wells Fargo P.O. Box 14411 Des Moines, IA 50306 | | W | 1DSD Residence at 1965 Mellor Lane, Marietta, GA $587 per month Arrears = 2 months | | | | | |
| | | | Value $ 92,718.00 | | | | 76,121.00 | 0.00 |
| Account No. | | | 8/20/2008 | | | | | |
| Wells Fargo 3480 Stateview Blvd Fort Mill, SC 29715 | | W | 2DSD Residence at 1965 Mellor Lane, Marietta, GA $85 | | | | | |
| | | | Value $ 92,718.00 | | | | 14,945.00 | 0.00 |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 97,073.00 | 6,005.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 127,280.00 | 29,719.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                           Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re  **Erin Amanda Burgess,**
       **Roger Carroll Burgess**                                    Case No. _____
_____,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0** ____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Erin Amanda Burgess,**
**Roger Carroll Burgess**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr P 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxx9848<br><br>**Academy Collection Service**<br>**10965 Decatur Rd**<br>**Transfer, PA 16154** | | W | | | **10/07**<br>**Citibank Mastercard Account** | | | | 16,766.00 |
| Account No. xxx6030<br><br>**Account Services**<br>**1802 N. E Loop 410**<br>**Ste.400**<br>**San Antonio, TX 78217** | | H | | | **NSF for Cleartel Communications** | | | | 1,282.00 |
| Account No. 8262<br><br>**ACE Cash Express, INc.**<br>**1231 Greenway Drive #700**<br>**Irving, TX 75038** | | H | | | **NSF check (Transamerican Auto Parts)** | | | | 2,635.00 |
| Account No. 2301, 1262<br><br>**Afni**<br>**P.O. Box 3097**<br>**Bloomington, IL 61702** | | H | | | **2008 and 2006**<br>**Account** | | | | 400.00 |
| | | | | | Subtotal<br>(Total of this page) | | | | 21,083.00 |

__43__  continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N 38038-090414    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Erin Amanda Burgess,**
  **Roger Carroll Burgess**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4762**<br><br>Afni, Inc.<br>P.O. Box 3097<br>Bloomington, IL 61702 | | W | Account  (Dish Network) | | | | 1,251.00 |
| Account No. **8002**<br><br>Afni, Inc.<br>P.O. Box 3427<br>Bloomington, IL 61702 | | H | Account (Nextel) | | | | 95.00 |
| Account No. **3822**<br><br>Alliance One<br>717 Constitution Drive<br>Exton, PA 19341 | | - | Account  (USPS) | | | | 62.00 |
| Account No. **xxxxxx3050**<br><br>Allied Interstate<br>P.O. Box 361477<br>Columbus, OH 43236 | | H | 8/06<br>NSF for Direct TV | | | | 459.00 |
| Account No. **9675**<br><br>Alllied Interstate, Inc.<br>435 Ford Road, Ste 800<br>Minneapolis, MN 55426 | | J | Account  (Dish Networi) | | | | 511.00 |

Sheet no. __**1**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,378.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Erin Amanda Burgess,**
        **Roger Carroll Burgess**
                                                                Case No. _____
_____
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4337** | | | | **Credit card** | | | | |
| **American Express** c/o OSI COllection Services 20401 N. 29th Ave #110 Phoenix, AZ 85027 | | H | | | | | | 31,835.00 |
| Account No. **xx-cv-5083** | | | | **Lawsuit** | | | | |
| **Amy Nichols** 10921 Hwy 36, #17 Covington, GA 30014 | | H | | | | | | Unknown |
| Account No. **8845** | | | | **Account** | | | | |
| **Arrow Financial Services** 5996 W. Touhy Ave Niles, IL 60714 | | H | | | | | | 1,617.00 |
| Account No. **9024** | | | | **2008 Conseco** | | | | |
| **Arrow FInancial Services** 5996 W. Touhy Ave Niles, IL 60714 | | W | | | | | | 5,771.00 |
| Account No. **3525** | | | | **3/2007 Account** | | | | |
| **Asset  Acceptance LLC** P.O. Box 2036 Warren, MI 48090 | | H | | | | | | 5,296.00 |

Sheet no. **2** of **43** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 44,519.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Erin Amanda Burgess,**
      **Roger Carroll Burgess**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **77A7**<br><br>**Associate Receivables**<br>**535 Blacburn Drive**<br>**Augusta, GA 30907** | | H | | **NSF Fees** | | | | 50.00 |
| Account No. **77a7**<br><br>**Associate Receivables**<br>**535 Blacburn Drive**<br>**Augusta, GA 30908** | | H | | **2007**<br>**Account** | | | | 50.00 |
| Account No. **6738**<br><br>**Audit Systems**<br>**P.O. Box 17229**<br>**Clearwater, FL 33752** | | H | | **Account** | | | | 41.00 |
| Account No. **9135**<br><br>**Aurora Loan Services**<br>**10350 Park Meadows Drive**<br>**Littleton, CO 80124** | | W | | **Foreclosed property loan**<br>**Notice only** | | | | Unknown |
| Account No. **xxxxxx0003**<br><br>**Austell Gas System**<br>**2838 Joe Jerkins Blvd.**<br>**Austell, GA 30168** | | J | | **3/09**<br>**Account** | | | | 267.00 |

Sheet no. **3** of **43** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

408.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Erin Amanda Burgess,**
　　　　**Roger Carroll Burgess**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **310xxxx** | | | | **Auto Deficiency** | | | | |
| **Auto Acceptance Corp.** 725 Main Street Eton, GA 30724 | | H | | | | | | 7,469.00 |
| Account No. **4487** | | | | **Overdraft fees** | | | | |
| **Bank of Madison** P.O. Box 271 Madison, GA 30650 | | H | | | | | | 343.00 |
| Account No. **0828** | | | | **10/2005 Account** | | | | |
| **Bellsouth Advertising** P.O. Box 105024 atlanta, GA | | H | | | | | | 11,007.00 |
| Account No. **Kx-x1949** | | | | **Medical** | | | | |
| **Bortolazzo Group** P.O. Box 5518 Athens, GA 30604 | | W | | | | | | 406.00 |
| Account No. **xx616-1** | | | | **NSF for Carpet Dry Tech** | | | | |
| **Bowen & Associates** 354 McDonnell #6 Lewisville, TX 75057 | | H | | | | | | 407.00 |

Sheet no. **4** of **43** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　Subtotal
　　　　　　　　　　　(Total of this page)　　　　　**19,632.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Erin Amanda Burgess,**
**Roger Carroll Burgess**                                              Case No. _____
_____
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx9098pwt** <br><br> **Business Revenue Services** <br> **P.O. Box 13077** <br> **Des Moines, IA 50310** | | W | **4/09** <br> **Medical** | | | | 10.00 |
| Account No. <br><br> **Calvary Portfolio Service** <br> **4050 E. Cotton Center Blvd.** <br> **Phoenix, AZ 85040** | | H | **NSF** | | | | 1,871.00 |
| Account No. <br><br> **Calvary Portfolio Services** <br> **P.O. Box 27288** <br> **Tempe, AZ 85285** | | H | **2003** <br> **Sears** | | | | 1,916.00 |
| Account No. <br><br> **Calvary Portfolio Services** <br> **P.O. Box 27288** <br> **Tempe, AZ 85285** | | H | **2003** <br> **Account - Rooms to Go** | | | | 319.00 |
| Account No. **xxxxxxx7575** <br><br> **Capital Management Services** <br> **726 Exchange Street, Suite 700** <br> **Buffalo, NY 14210** | | W | **12/07** <br> **account (Wamu)** | | | | 512.00 |

Sheet no. __5__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           4,628.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Erin Amanda Burgess,**
       **Roger Carroll Burgess**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1582** <br><br> **Capital One** <br> **P.O. Box 30281** <br> **Salt Lake City, UT 84130** | | W | **2001** <br> **Credit card** | | | | **3,543.00** |
| Account No. **5703,5702,5501,5704** <br><br> **Capital Recovery Associates** <br> **4605 N. Front Street** <br> **Harrisburg, PA 17110** | | H | **Account** | | | | **214.00** |
| Account No. **xxxxx7322** <br><br> **Carmen V. Porecca, P.C.** <br> **4901 Olde Towne Parkway** <br> **Ste. 303** <br> **Marietta, GA 30068** | | H | **7/08** <br> **Medical for Wellstar Kennestone** | | | | **5,572.00** |
| Account No. **xxxxx6370** <br><br> **Carmen V. Porecca, P.C.** <br> **4901 Olde Towne Parkway** <br> **Ste. 303** <br> **Marietta, GA 30068** | | W | **8/08** <br> **Medical for Piedmont/Wellstar Paulding** | | | | **125.00** |
| Account No. **xxxxx0476** <br><br> **Carmen V. Porecca, P.C.** <br> **4901 Olde Towne Parkway** <br> **Ste. 303** <br> **Marietta, GA 30068** | | W | **1/08** <br> **Medical for Piedmont Hospital** | | | | **216.00** |

Sheet no. __6__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **9,670.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Erin Amanda Burgess,**
     **Roger Carroll Burgess**

Case No. _____

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0207 | | | Medical for Piedmont Hospital | | | | |
| Carmen V. Porreca 4901 Olde Towne Parkway Suite 303 Marietta, GA 30068 | | W | | | | | 54.00 |
| Account No. 5703,5702,5501,5704 | | | Medical | | | | |
| Carmen V. Porreca 4901 Olde Towne Parkway Suite 303 Marietta, GA 30068 | | H | | | | | 4,321.00 |
| Account No. 5573 | | | 2008 Medical | | | | |
| CBA of Georgia 64 Sallors Dr. Ste. 102 Ellijay, GA 30540 | | H | | | | | 23.00 |
| Account No. 4143 | | | Account | | | | |
| CBCS 736 East Tower Street Columbus, OH 43215 | | H | | | | | 882.00 |
| Account No. xxxxxxxx1792 | | | 12/08 Suntrust Account fees | | | | |
| CBCS P.O. Box 163729 Columbus, OH 43216 | | H | | | | | 362.00 |

Sheet no. __7__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,642.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Erin Amanda Burgess,**
    **Roger Carroll Burgess,**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx4623** <br><br> **Certegy Payment Recovery** <br> **3500 5th St.** <br> **Northport, AL 35476** | | H | | 8/08 <br> **NSF for Kinkos** | | | | 44.00 |
| Account No. **Mx9691** <br><br> **Check Plus Systems** <br> **P.O. Box 782408** <br> **San Antonio, TX 78278** | | H | | 7/08 <br> **NSF for HSN** | | | | 2,069.00 |
| Account No. **xx3290** <br><br> **Check Plus Systems** <br> **P.O. Box 782408** <br> **San Antonio, TX 78278** | | W | | 12/08 <br> **NSF for HSN** | | | | 301.00 |
| Account No. **0028** <br><br> **Checkcare Systems** <br> **3039 Premiere Pkwy #600** <br> **Duluth, GA 30097** | | H | | **Account (Stellar Distribution)** | | | | 685.00 |
| Account No. **burxxxxx0029** <br><br> **Checkcare Systems** <br> **3039 Premier Parkway #600** <br> **Duluth, GA 30097** | | J | | 3/08 <br> **NSF for Morgan Oil** | | | | 392.00 |

Sheet no. __8__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,491.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Erin Amanda Burgess,**
         **Roger Carroll Burgess**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **burxxxxxx0030**<br><br>**Checkcare Systems**<br>**3039 Premier Parkway #600**<br>**Duluth, GA 30097** | | W | **NSF for Grands** | | | | 220.00 |
| Account No. **2035**<br><br>**Citi bank**<br>**P.O. Box 6241**<br>**Sioux Falls, SD 57117** | | W | **1995**<br>**Credit card** | | | | 20,457.00 |
| Account No. **5643**<br><br>**City of Covington Utilities**<br>**2194 Emory Street**<br>**Covington, GA 30014** | | H | **1/2001**<br>**Account** | | | | 688.00 |
| Account No. **3053**<br><br>**Cobb Energy**<br>**P.O. Box 369**<br>**Marietta, GA 30061** | | H | **Account** | | | | 336.00 |
| Account No. **xxxxx4299**<br><br>**Cobb Energy/EMC**<br>**P.O. Box 369**<br>**Marietta, GA 30061** | | W | **3/09**<br>**Account** | | | | 176.00 |

Sheet no. __9__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,877.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Erin Amanda Burgess,**
       **Roger Carroll Burgess**

Case No. _____

_____
                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2005** <br><br> **Coliseum Medical Ctr.** <br> **370 Hospital Drive** <br> **Macon, GA 31217** | | H | **Medical** | | | | **338.00** |
| Account No. **53, 29,3861** <br><br> **Collection Services of Athens** <br> **P.O. Box 8048** <br> **Athens, GA 30603** | | H | **2003-2004** <br> **NSF fees** | | | | **443.00** |
| Account No. **4103** <br><br> **Collection Services of Athens** <br> **P.O. Box 8048** <br> **Athens, GA 30603** | | H | **Medical** | | | | **387.00** |
| Account No. **7990** <br><br> **Collectron of Atlanta for** <br> **East Metro Ortho.** <br> **2046 W. Park Place, Ste H** <br> **Stone Mountain, GA 30087** | | H | **Medical** | | | | **95.00** |
| Account No. **1575,7990,** <br><br> **Collectron of Atlanta for** <br> **P.O. Box 807188** <br> **Stone Mountain, GA 30087** | | H | **2004-2006** <br> **Account** | | | | **390.00** |

Sheet no. __**10**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| **1,653.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Erin Amanda Burgess,**                                    Case No. _____
         **Roger Carroll Burgess**
                                          _____,
                                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **4209** <br><br> **Collectron of Atlanta for Northwest ENT P.O. Box 870188 Stone Mountain, GA 30087** | | | W | | **11/2007 Medical (Northwest ENT)** | | | | 166.00 |
| Account No. **1904** <br><br> **Comcast Cable P.O. Box 105257 Atlanta, GA 30348** | | H | | | **7/2002 Account** | | | | 154.00 |
| Account No. **xxxxx90-59** <br><br> **Commercial Check Control 7250 Beverly Blvd. Ste. 200 Los Angeles, CA 90036** | | | | J | **8/08 NSF for Kroger** | | | | 625.00 |
| Account No. **7-001** <br><br> **Covington Cable 1167 Pace Street Covington, GA 30014** | | H | | | **1/2001 Account** | | | | 119.00 |
| Account No. <br><br> **Covington Cable Net P.O. box 5248 Niceville, FL 32578** | | H | | | **2006 Account** | | | | 148.00 |

Sheet no. __11__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      1,212.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Erin Amanda Burgess,**                        Case No. _____
       **Roger Carroll Burgess**

                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx8790 <br><br> CPA <br> P.O. Box 9037 <br> Addison, TX 75001 | | W | NSF for Comcast | | | | 587.00 |
| Account No. 9955 <br><br> CPRS, Inc. <br> 550 Greensboro Ave., Ste 301 <br> Tuscaloosa, AL 35401 | | H | NSF fees | | | | Unknown |
| Account No. 3290 <br><br> CPS <br> P.O. Box 782408 <br> San Antonio, TX 78278 | | W | Account | | | | 323.00 |
| Account No. xxxx and 7094 <br><br> CPS Security <br> P.O. Box 23027 <br> Corpus Christi, TX 78403 | | H | Account | | | | 445.00 |
| Account No. 8131 <br><br> CRA Collections <br> P.O. Box 2103 <br> Mechanicsburg, PA | | H | Account (Rite Aid) | | | | 973.00 |

Sheet no. **12** of **43** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal
            (Total of this page)        2,328.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Erin Amanda Burgess,**
    **Roger Carroll Burgess**                              Case No. _____

_____
                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **7-02C**<br><br>**CRA Security System**<br>**P.O. Box 67555**<br>**Harrisburg, PA 17106** | | H | | | **11/2004**<br>**NSF Fees** | | | | **101.00** |
| Account No.<br><br>**Credit Bureau Assoc. of GA**<br>**420 College Street**<br>**Macon, GA 31201** | | H | | | **5/2005**<br>**Medical** | | | | **80.00** |
| Account No. **3219**<br><br>**Credit Bureau Assoc. of GA**<br>**420 College Street**<br>**Macon, GA 31201** | | H | | | **3/2006**<br>**Medical** | | | | **80.00** |
| Account No. **9624**<br><br>**Credit Bureau Companies**<br>**PO Box 27**<br>**Huntsville, AL 35804** | | W | | | **Medical** | | | | **40.00** |
| Account No. **9730**<br><br>**Credit Collection Services**<br>**164 S. Main Street**<br>**Madison, GA 30650** | | H | | | **8/2007**<br>**Account** | | | | **166.00** |

Sheet no. __13__ of __43__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)    **467.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Erin Amanda Burgess,**
　　　　 **Roger Carroll Burgess**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **9730**<br><br>**Credit Collection Services**<br>**164 S. Main Street**<br>**Madison, GA 30650** | | H | | **8/2007**<br>**Account** | | | | **166.00** |
| Account No. **6443**<br><br>**Credit Collection Services**<br>**Two Wells Avenue, Dept 9134**<br>**Newton Center, MA 02459** | | W | | **Account (Hanover Insurance)** | | | | **233.00** |
| Account No. **xxxx and 3660**<br><br>**Credit Protection Association**<br>**1355 Noel Road, Ste 2100**<br>**Gainesville, TX 76240** | | H | | **2002**<br>**Account (comcast)** | | | | **954.00** |
| Account No. **0939**<br><br>**Credit Protection Association**<br>**1355 Noel Road, Ste 2100**<br>**Gainesville, TX 76240** | | H | | **2002**<br>**Account** | | | | **729.00** |
| Account No. **xxxxxxx1993**<br><br>**Credit Protection Association**<br>**13355 Noel Rd.**<br>**Dallas, TX 75240** | | W | | **NSF for Blockbuster 13288** | | | | **59.00** |

Sheet no. __14__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,141.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Erin Amanda Burgess,**
**Roger Carroll Burgess**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx1003 <br><br> **Credit Union of Georgia** <br> **3048 Eagle Drive** <br> **Woodstock, GA 30189** | | W | 5/07 <br> Account | | | | 563.00 |
| Account No. 4186 <br><br> **Creditors Alliance Inc.** <br> **P.O.Box 1288** <br> **Bloomington, IL 61702** | | H | 3/2009 <br> Medical | | | | 77.00 |
| Account No. 7666 <br><br> **Emory Clinic** <br> **P.O. Box 451409** <br> **Atlanta, GA 31145** | | H | Medical | | | | 60.00 |
| Account No. xxx6425 <br><br> **Encore Receivable Mgmt.** <br> **P.O. Box 3330** <br> **Olathe, KS 66063** | | W | 8/08 <br> Account (GE Moneybank) | | | | 5,720.00 |
| Account No. <br><br> **Fannie Mae** <br> **c/o McCurdy & Candler** <br> **P.O. Box 57** <br> **Decatur, GA 30031** | | W | 2007 <br> Foreclosure related debt | | | | 115.00 |

Sheet no. **15** of **43** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,535.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Erin Amanda Burgess,**
　　　**Roger Carroll Burgess,**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0006** | | | Charge card | | | | |
| **FCNB Prin #5405** **9300 SW Gemini Drive** **Beaverton, OR 97008** | | H | | | | | 1,715.00 |
| Account No. **xxxxxx2737** | | | 12/07 Medical for Cartersville Med. Ctr | | | | |
| **Financial Corp. of America** **P.O. Box 203500** **Austin, TX 78720** | | W | | | | | 100.00 |
| Account No. | | | 2003 Overdraft | | | | |
| **First Nation Bank** **4159 Mill Street** **Covington, GA 30014** | | H | | | | | 862.00 |
| Account No. **xxxxxxxxxx7002** | | | 3/08 NSF for Suntrust | | | | |
| **First Point Collection Res.** **P.O. Box 11047** **Charlotte, NC 28220** | | H | | | | | 362.00 |
| Account No. **8377** | | | Credit card | | | | |
| **First Premier Bank** **601 S. Minnesota Avenue** **Sioux Falls, SD 57104** | | H | | | | | 788.00 |

Sheet no. __16__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　3,827.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Erin Amanda Burgess,**                                          Case No.
        **Roger Carroll Burgess**

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| **Account No.**<br><br>First Premier Bank<br>601 S. Minnesota Avenue<br>Sioux Falls, SD 57104 | | H | | | 10/2002<br>Credit card | | | | 1,223.00 |
| **Account No. 4631**<br><br>Focus Receivables Management<br>for Wachovia<br>1130 Northchase Pkwy, Ste 150<br>Marietta, GA 30067 | | H | | | Account AT&T | | | | 1,785.00 |
| **Account No. xxxx6184**<br><br>Frederick J. Hanna & Assoc.<br>1427 Roswell Rd<br>Marietta, GA 30062 | | W | | | 9/08<br>Account for Capital One | | | | 3,073.00 |
| **Account No. 1948**<br><br>Freidman & Wexler, LLC<br>500 W. Madison St #2910<br>Chicago, IL 60661 | | H | | | Account (Telechek) | | | | 165.00 |
| **Account No. RU2321**<br><br>Frost-Arnett Company<br>P.O. Box 1022<br>Wixom, MI 48393 | | W | | | 1/08<br>Medical for Marietta Surgical Ctr. | | | | 202.00 |

Sheet no. __17__ of __43__ sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)       6,448.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Erin Amanda Burgess,**
       **Roger Carroll Burgess**

Case No. _____

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxxxx3036** | | | | **7/08** | | | | |
| **Gas South** P.O. Box 530552 Atlanta, GA 30353 | | W | | **Account** | | | | 260.00 |
| Account No. **4555** | | | | **Credit card** | | | | |
| **GEMB** P.O. Box 981439 El Paso, TX 79998 | | W | | | | | | 5,771.00 |
| Account No. **3015** | | | | **Credit card** | | | | |
| **GEMB** P.O. Box 981439 El Paso, TX 79998 | | W | | | | | | 9,518.00 |
| Account No. **3008** | | | | **5/2002** **Credit card** | | | | |
| **GEMB Home Depot** P.O. Box 103000 Roswell, GA 30076 | | H | | | | | | 7,628.00 |
| Account No. **0291** | | | | **4/2007** **Credit card** | | | | |
| **GEMB/JCP** P.O. Box 984100 El Paso, TX 79998 | | W | | | | | | 1,173.00 |

Sheet no. __**18**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 24,350.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Erin Amanda Burgess,**  
     **Roger Carroll Burgess**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx9278** <br><br> **General Revenue Corporation** <br> **325 Daniel Zenker Drive** <br> **Horseheads, NY 14845** | | W | **Student Loan with Georgia Higher Ed Asst. Corp.** | | | | **4,365.27** |
| Account No. **xxx7317** <br><br> **Georgia Anesthesiologists** <br> **531 Roselane** <br> **Ste. 750** <br> **Marietta, GA 30060** | | W | **4/09** <br> **Medical** | | | | **1,206.00** |
| Account No. **7317** <br><br> **Georgia Anesthesiologists, P.C** <br> **Ste. 570** <br> **531 RoseLane Street** <br> **Marietta, GA 30068** | | W | **Medical** | | | | **99.00** |
| Account No. **1635** <br><br> **Georgia Power** <br> **96 Annex** <br> **Atlanta, GA 30396** | | H | **7/2005** <br> **Account** | | | | **394.00** |
| Account No. **4032** <br><br> **Georgia Power** <br> **241 Ralph McGill Blvd** <br> **Atlanta, GA 30308** | | H | **Account** | | | | **544.00** |

Sheet no. __**19**__ of __**43**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page) **6,608.27**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Erin Amanda Burgess,**
**Roger Carroll Burgess**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **2348** | | | | **Account (Cobb Emergency Vet Clinic)** | | | | |
| **Global Telecom, INC** 35008 Emerald Coast Pkwy Destin, FL 32541 | | H | | | | | | 257.00 |
| Account No. **EV-392** | | | | **8/2003** **Account** | | | | |
| **Gold Key Credit** 625 US Hwy 1, Ste 102 Key West, FL 33040 | | H | | | | | | 512.00 |
| Account No. | | | | **Account** | | | | |
| **Graystone Power** P.O. Box 897 Dallas, GA 30132 | | H | | | | | | Unknown |
| Account No. **6756** | | | | **Account (Paypal)** | | | | |
| **GS Services, LP** 6330 Gulfton Houston, TX 77081 | | H | | | | | | 3,509.00 |
| Account No. **9687** | | | | **Account** | | | | |
| **Hilti Inc** P.O. Box 21148 Tulsa, OK 74121 | | H | | | | | | 767.00 |

Sheet no. __20__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,045.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Erin Amanda Burgess,**
      **Roger Carroll Burgess,**

Case No. _____

                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No. 30**<br><br>**HSBC**<br>**6602 Convoy Court**<br>**San Diego, CA 92111** | | H | **2000**<br>**Auto deficiency - notice only** | | | | **0.00** |
| **Account No. xxxxx1436**<br><br>**HSI**<br>**1000 Circle 75 Parkway**<br>**#400**<br>**Atlanta, GA 30339** | | W | **1/08**<br>**Medical for Piedmont Hospital** | | | | **210.00** |
| **Account No. 4472**<br><br>**IC Systems**<br>**P.O. Box 64378**<br>**Saint Paul, MN 55164** | | H | **2006**<br>**Account with AT&T** | | | | **963.00** |
| **Account No. 0893**<br><br>**JBC & Associates**<br>**2 Broad Street, 6th Floor**<br>**Bloomfield, NJ 07003** | | H | **10/2003**<br>**Account** | | | | **750.41** |
| **Account No. xxxx and 9319**<br><br>**JBC & Associates**<br>**2 Broad Street, 6th Floor**<br>**Bloomfield, NJ 07003** | | H | **12/2003**<br>**NSF fee** | | | | **348.00** |

Sheet no. __21__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,271.41**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Erin Amanda Burgess,**
**Roger Carroll Burgess,**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8041 <br><br> JNR Adjustment Co <br> 2095 NW Blvd, Ste 220 <br> Minneapolis, MN 55441 | | H | 02/2001 <br> NSF Fee | | | | 154.00 |
| Account No. 3051 <br><br> Jon Barry & Associates <br> P.O. Box 127 <br> Concord, NC 28026-0127 | | H | 12/2003 <br> Medical bill | | | | 757.00 |
| Account No. xxxxx7558 <br><br> KCRC <br> P.O. Box 30650 <br> Salt Lake City, UT 84130 | | H | 2/08 <br> NSF Check | | | | 64.00 |
| Account No. 6466 <br><br> Kroger <br> P.O. box 30650 <br> Salt Lake City, UT 84130 | | H | 6/2003 <br> NSF fees | | | | 50.00 |
| Account No. xxx8952 <br><br> LDG Financial Services, LLC <br> 4553 Winter Chapel Rd. <br> Atlanta, GA 30360 | | W | 3/08 <br> Account (Verizon) | | | | 402.00 |

Sheet no. __22__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,427.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Erin Amanda Burgess,**                                   Case No. _____
         **Roger Carroll Burgess**

_____
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **9201** | | | | Account | | | | |
| **Liberty Disposal Services** 3950 Cobb Pkwy, #902 Acworth, GA 30101 | | H | | | | | | 66.00 |
| Account No. | | | | Lawsuit | | | | |
| **Loud Security Systems** 975 Cobb Place Blvd, #317 Kennesaw, GA 30144 | | J | | | | | | 779.00 |
| Account No. **6090** | | | | Account (Bank of America) | | | | |
| **LTD Financial Services** 7322 S.W. Fwy, Ste 1 Houston, TX 77074 | | W | | | | | | 786.00 |
| Account No. **9684** | | | | Account | | | | |
| **LTD Financial Services** 7322 S.W. Fwy, Ste 1 Houston, TX 77074 | | W | | | | | | 786.00 |
| Account No. | | | | NSF Fees | | | | |
| **MARS, Inc.** 4530 S. Sheridan Road Suite 1 Tulsa, OK 74145 | | H | | | | | | 263.00 |

Sheet no. __**23**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **2,680.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Erin Amanda Burgess,**
**Roger Carroll Burgess**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H/J | W/C | | | | | |
| **Account No.**<br><br>Mars, Inc.<br>9126 E. 46th Street<br>Tulsa, OK 74145 | | H | | 2003<br>Account | | | | 216.00 |
| **Account No. 0177**<br><br>Master Credit Systems<br>P.O. Box 670374<br>Marietta, GA 30066 | | H | | Account  (Cobb EMC) | | | | 440.00 |
| **Account No. 0099**<br><br>Master Credit Systems<br>P.O. Box 670374<br>Marietta, GA 30066 | | | W | Account (Cobb EMC) | | | | 275.00 |
| **Account No. xxxxxxx0058**<br><br>Master Credit Systems, Inc.<br>2520 Shallowford Rd. Ste. H<br>Marietta, GA 30066 | | H | | 7/08<br>NSF for Harrys | | | | 512.00 |
| **Account No. xxxxxxx6-077**<br><br>Mastercheck<br>P.O. Box 637<br>Stillwater, OK 74076 | | H | | 2/09<br>Account | | | | 80.00 |

Sheet no. __24__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,523.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Erin Amanda Burgess,**
**Roger Carroll Burgess**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx6159<br><br>Mastercheck<br>P.O. Box 637<br>Stillwater, OK 74076 | | H | 7/08<br>NSF for Quicktrip | | | | 160.00 |
| Account No. 0659<br><br>Medical Revenue Services<br>P.O. Box 1149<br>Sebring, FL 33871 | | W | Medical | | | | 100.00 |
| Account No. xxxxx0494<br><br>Medical Revenue Services<br>P.O. Box 5188<br>Martinsville, VA 24115 | | H | 9/08<br>Medical | | | | 5,572.00 |
| Account No. 4692<br><br>Medix School<br>2108 Cobb Parkway<br>Smyrna, GA 30080 | | H | Account | | | | 700.00 |
| Account No. 0906<br><br>Merchants & Professionals<br>P.O. Box 140675<br>Austin, TX 78714 | | H | 2004<br>Account | | | | 590.00 |

Sheet no. __25__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,122.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Erin Amanda Burgess,**
       **Roger Carroll Burgess**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxx1148** | | | | 10/06 Account for (AT&T) | | | | |
| Merchants Credit Guide P.O. Box 802 Oaks, PA 19456 | H | | | | | | | 4,563.00 |
| Account No. **5142** | | | | Medical | | | | |
| Metropolitan Orthopaedic 1309 Milstead Road, Ste F Conyers, GA 30012 | H | | | | | | | 235.00 |
| Account No. **xxxx9779** | | | | 2/09 Account fees | | | | |
| Midtown Bank 712 W. Peachtree St. Atlanta, GA 30308 | J | | | | | | | 353.00 |
| Account No. **1982** | | | | 7/2004 Account | | | | |
| Monroe Utilities Network P.O. Box 725 Monroe, GA 30655 | H | | | | | | | 512.00 |
| Account No. | | | | Back rent | | | | |
| Monty Day 248 Flint Road Aragon, GA 30104 | J | | | | | | X | 6,630.00 |

Sheet no. __26__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,293.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Erin Amanda Burgess,**                            Case No. _____
      **Roger Carroll Burgess**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 0075 | | | | | NSF | | | | |
| MRB, INc. P.O. Box 11077 Cincinnati, OH 45211 | | H | | | | | | | 109.00 |
| Account No. 3134 | | | | | Medical | | | | |
| MRI Collection Agency P.O. Box 690 Milledgeville, GA 31509 | | H | | | | | | | 100.00 |
| Account No. 6723 | | | | | Account | | | | |
| Murphy Martin Recovery 306 E. Tyler Street, Ste 400 Tampa, FL 33602 | | H | | | | | | | 364.00 |
| Account No. 0525 | | | | | 11/2003 Account | | | | |
| Myron Corp c/o Joel M. Harber 883 Commerce Drive, Ste B Conyers, GA 30094 | | H | | | | | | | 4,873.00 |
| Account No. xxxxxx0002 | | | | | 10/07 Account | | | | |
| National Adjustment Bureau P.O. Box 4430 Marietta, GA 30061 | | W | | | | | | | 151.00 |

Sheet no. __27__ of __43__ sheets attached to Schedule of             Subtotal        | **5,597.00**
Creditors Holding Unsecured Nonpriority Claims         (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Erin Amanda Burgess,**
   **Roger Carroll Burgess**

Case No. _____

_____
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **5794** <br><br> **NCO Financial o/b/o Nat Fuel** <br> **P.O. Box 15636** <br> **Wilmington, DE 19850** | | H | | | **1/2008** <br> **Account** | | | | **306.00** |
| Account No. **xxxxxxx3867** <br><br> **NCO Financial Systems, Inc.** <br> **507 Prudential Rd** <br> **Horsham, PA 19044** | | H | | | **8/08** <br> **Account for Paypal/Ebay** | | | | **3,508.00** |
| Account No. **942** <br><br> **NCO Marlin** <br> **P.O. box 8529** <br> **Philadelphia, PA 19101** | | H | | | **5/2001** <br> **Account** | | | | **263.00** |
| Account No. **2273, 2360, 2537** <br><br> **NCO Medclr** <br> **P.O. Box 8547** <br> **Philadelphia, PA 19101** | | H | | | **2004-2005** <br> **Medical** | | | | **1,369.00** |
| Account No. **xxxx and 2273** <br><br> **NCO Medclr** <br> **P.O. Box 8547** <br> **Philadelphia, PA 19101** | | H | | | **2005 and 2004** <br> **Medical** | | | | **486.00** |

Sheet no. __**28**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,932.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Erin Amanda Burgess,**
**Roger Carroll Burgess**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx2437 **NES** **29125 Solon Rd.** **Solon, OH 44139** | | W | 1/95 Account (Citibank Mastercard) | | | | 18,579.00 |
| Account No. **Newton County Water Authority** **11325 Brown Box Road** **Covington, GA 30016** | | H | Account | | | | Unknown |
| Account No. 2500 **Newton Medical Center** **Patient Accounts** **5126 Hospital Drive** **Covington, GA 30014** | | H | Medical | | | | 2,882.00 |
| Account No. xx cv x3294D **Oliver D. Peoples, Jr.** **120 N. Candler Street** **Decatur, GA 30030** | | H | lawsuit | | | | 1,300.00 |
| Account No. 2946 **ORECK Corp** **100 Plantation Road** **New Orleans, LA 70123** | | H | 2/2004 NSF Fee | | | | 358.00 |

Sheet no. __29__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,119.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Erin Amanda Burgess,**
     **Roger Carroll Burgess**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5120**<br><br>**PAB**<br>**P.O. Box 279**<br>**Norcross, GA 30091** | | H | **Medical** | | | | **100.00** |
| Account No. **1917**<br><br>**Palisades Collection**<br>**210 Sylvan Avenue**<br>**Englewood Cliffs, NJ 07632** | | H | **Credit card** | | | | **4,562.00** |
| Account No. **4017**<br><br>**Palmer, Reifler & Assoc.**<br>**P.O. Box 607774**<br>**Orlando, FL 32860** | | W | **Account** | | | | **405.00** |
| Account No. **3482**<br><br>**Parson Bishop Collection**<br>**7870 Carmargo Road**<br>**Cincinnati, OH 45243** | | H | **6/2007**<br>**Account** | | | | **0.00** |
| Account No. **xxx3028**<br><br>**Patient Account Bureau**<br>**P.O. Box 279**<br>**Norcross, GA 30091** | | H | **9/08**<br>**Medical** | | | | **54.00** |

Sheet no. __**30**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,121.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Erin Amanda Burgess,**              Case No. _____
        **Roger Carroll Burgess**

                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx9432 <br><br>**Patient Account Bureau**<br>P.O. Box 279<br>Norcross, GA 30091 | | H | 7/08<br>**Medical for Paulding Hospital** | | | | 318.00 |
| Account No. xxx8900 <br><br>**Paulding County Water System**<br>1723 Bill Carruth Parkway<br>Hiram, GA 30141 | | W | 10/07<br>Account | | | | 273.00 |
| Account No. 2276 <br><br>**Penn Credit Corp**<br>P.O. Box 988<br>Harrisburg, PA 17108 | | H | Account | | | | 125.00 |
| Account No. <br><br>**Piedmont Animal Hospital**<br>4298 Gray Hwy<br>Gray, GA 31032 | | H | 3/2005<br>Account | | | | 849.00 |
| Account No. 2862 <br><br>**Piedmont ENT**<br>c/o Quality Recovery Services<br>Lovejoy, GA 30250 | | H | Medical | | | | 50.00 |

Sheet no. __31__ of __43__ sheets attached to Schedule of                    Subtotal                 1,615.00
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Erin Amanda Burgess,**
     **Roger Carroll Burgess**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x1307** <br><br> **Piedmont ENT** <br>**1720 Peachtree St. Ste. 200** <br>**Atlanta, GA 30309** | | W | **6/08** <br>**Medical** | | | | 181.00 |
| Account No. **POxxxxx1324** <br><br> **Piedmont Healthcare** <br>**Paces West Two, Suite 1000** <br>**2727 Paces Ferry Road** <br>**Atlanta, GA 30339** | | W | **Medical** | | | | 25.00 |
| Account No. **pxxxxxx1436** <br><br> **Piedmont Healthcare** <br>**2727 Paces Ferry Rd. Ste. 100** <br>**Atlanta, GA 30339** | | W | **1/08** <br>**Medical** | | | | 210.00 |
| Account No. **xxxx and 1324** <br><br> **Piedmont Hospital** <br>**Patients Account Bureau** <br>**P.O. Box 279** <br>**Norcross, GA 30091** | | W | **Medical** | | | | 156.00 |
| Account No. **xxxxx6370** <br><br> **Piedmont Hospital** <br>**c/o Carmen V. Porecca** <br>**4901 Old Town Parkway #303** <br>**Marietta, GA 30068** | | W | **12/08** <br>**Medical** | | | | 25.00 |

Sheet no. __32__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

597.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Erin Amanda Burgess,**
     **Roger Carroll Burgess,**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Pxxxxxxx0219 Piedmont Hospital P.O. Box 102570 Atlanta, GA 30368 | | H | | | 3/08 Medical | | | | 1,625.00 |
| Account No. Pxxxxxx1324 Piedmont Hospital P.O. Box 102570 Atlanta, GA 30368 | | | W | | 1/08 Medical | | | | 768.00 |
| Account No. xxxxxxxx9333 Piedmont Hospital Phys. P.O. Box 116984 Atlanta, GA 30368 | | H | | | 2/08 Medical | | | | 201.00 |
| Account No. 3904 Plazza Associates 7 Penn Plz New York, NY 10001 | | H | | | 6/2007 Account | | | | 704.00 |
| Account No. 8611 Quality Recovery Services P.O. Box 519 Lovejoy, GA 30250 | | | W | | Collection for Piedmont ENT | | | | 182.00 |

Sheet no. __33__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,480.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Erin Amanda Burgess,**
    **Roger Carroll Burgess**              Case No. _____

                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2276** <br><br> **Quantum Radiology** <br> **P.O. Box 100023** <br> **Kennesaw, GA 30156** | | W | **Medical** | | | | **325.00** |
| Account No. **5247** <br><br> **Quick Trip Corp** <br> **P.O. Box 2823** <br> **Tulsa, OK** | | H | **6/03** <br> **NSF** | | | | **449.00** |
| Account No. **xxxxxx1213** <br><br> **RAB Inc.** <br> **P.O. Box 34111** <br> **Memphis, TN 38184** | | W | **8/08** <br> **Capital One Account** | | | | **2,655.00** |
| Account No. **xxxx5539** <br><br> **Riddle & Associates, P.C.** <br> **P.O. Box 1187** <br> **Sandy, UT 84091** | | J | **Credit Card** | | | | **1,477.00** |
| Account No. **0139** <br><br> **RJM AcQ, LLC** <br> **575 Underhill Blvd Ste 2** <br> **Syosset, NY 11791** | | W | **9/2008** <br> **Account** | | | | **512.00** |

Sheet no. **34** of **43** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                              Subtotal
                        (Total of this page)    **5,418.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Erin Amanda Burgess,**
       **Roger Carroll Burgess**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2860**<br><br>**RMS**<br>**P.O. Box 280431**<br>**East Hartford, CT 06128** | | W | | **Account (Travelers)** | | | | 115.00 |
| Account No. **xxxxx5124tr**<br><br>**RMS**<br>**P.O.Box 250431**<br>**East Hartford, CT 06128** | | W | | **7/08**<br>**Account** | | | | 97.00 |
| Account No. **2223, 4543,7761,6807**<br><br>**Salvatore Spinelli, Esq.**<br>**135 Maxess Road, Ste 2B**<br>**Melville, NY 11747** | | H | | **2004**<br>**Account** | | | | 3,297.00 |
| Account No. **xxx3408**<br><br>**Security Check**<br>**P.O. Box 1211**<br>**Southaven, MS 38671** | | W | | **10/08**<br>**NSF for Papa Johns Pizza** | | | | 69.00 |
| Account No. **xxxx and 9745**<br><br>**Security Check, LLC**<br>**c/o Bennett & Deloney, PC**<br>**P.O. Box 190**<br>**Midvale, UT 84047** | | H | | **NSF fees** | | | | 305.00 |

Sheet no. __35__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,883.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Erin Amanda Burgess,**
      **Roger Carroll Burgess,**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **199, xxxx and 6095** <br><br> **Security Check, LLC** <br> **P.O. Box 1211** <br> **Oxford, MS 38655** | | H | | **2000 and 2003** <br> **NSF Fees** | | | | 221.00 |
| Account No. **xx7 and 886** <br><br> **Security Check, LLC** <br> **P.O. Box 1211** <br> **Oxford, MS 38655** | | W | | **2007** <br> **Accounts** | | | | 150.00 |
| Account No. **3564** <br><br> **Sprint** <br> **c/o Enhanced Recovery Corp.** <br> **8014 Bayberry Road** <br> **Jacksonville, FL 32256** | | W | | **Account** | | | | 531.00 |
| Account No. **xxxx and 9735** <br><br> **Stallings Financial Group** <br> **1111 S. Marietta Pkwy, SE** <br> **Marietta, GA 30060** | | H | | **Account** | | | | 654.00 |
| Account No. **6528** <br><br> **Stallings Financial Group** <br> **1111 S. Marietta Pkwy, SE** <br> **Marietta, GA 30060** | | H | | **8/2008** <br> **Medical** | | | | 613.00 |

Sheet no. __36__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,169.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Erin Amanda Burgess,**  
**Roger Carroll Burgess**  

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx and 1643**<br><br>**Stallings Financial Group**<br>**1111 S. Marietta Pkwy, SE**<br>**Marietta, GA 30060** | | W | **2007-2008**<br>**Accounts (Astell Gas and Graystone Power)** | | | | 1,180.00 |
| Account No. **xxx4241**<br><br>**Stallings Financial Group**<br>**P.O. Box 4430**<br>**Marietta, GA 30061** | | W | **Medical for Peachtree Pathology** | | | | 13.00 |
| Account No.<br><br>**Synergy Acceptance Corp.**<br>**P.O. Box 1667**<br>**Woodstock, GA 30188** | | H | **2007**<br>**Auto deficiency** | | | | 19,210.00 |
| Account No. **3904**<br><br>**T-Mobile Bankruptcy Team**<br>**P.O. Box 53410**<br>**Bellevue, WA 98015** | | H | **6/2003**<br>**Account** | | | | 704.26 |
| Account No. **x4283**<br><br>**Thomas McElligott, MD**<br>**2415 Wall Street, Ste B**<br>**Conyers, GA 30013** | | H | **10/2003**<br>**Medical** | | | | 95.00 |

Sheet no. __37__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page) | 21,202.26

B6F (Official Form 6F) (12/07) - Cont.

In re **Erin Amanda Burgess,**
**Roger Carroll Burgess**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 0735<br><br>**TRS Recovery Systems**<br>**5251 Westheimer**<br>**Houston, TX 77056** | | W | | Account | | | | 164.00 |
| Account No. 2615<br><br>**TSI**<br>**4151 Ashford Dunwoody Road**<br>**Suite 650**<br>**Atlanta, GA 30319** | | H | | NSF | | | | 80.00 |
| Account No. xxxx5725<br><br>**United Collection Bureau**<br>**5620 Southwyck Blvd.**<br>**#206**<br>**Toledo, OH 43614** | | W | | 3/08<br>account | | | | 402.00 |
| Account No. 549<br><br>**United Compucred**<br>**4190 Harrison Avenue**<br>**Cincinnati, OH 45211** | | H | | 6/2003<br>NSF | | | | 63.00 |
| Account No. 782<br><br>**United Compucred**<br>**4190 Harrison Avenue**<br>**Cincinnati, OH 45211** | | H | | 6/2003<br>NSF | | | | 282.00 |

Sheet no. __38__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

991.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Erin Amanda Burgess,**
**Roger Carroll Burgess**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. <br><br>**United Compucred** <br>**4190 Harrison Avenue** <br>**Cincinnati, OH 45211** | | H | | | 6/2003 <br>**715x, 750x, 510x, 150xx, 846x, 525x, 527x, 550x, 526,x 599 x** | | | | 1,802.00 |
| Account No. 715, 718, 782, 846, 715, 705 <br><br>**United Compucred** <br>**4190 Harrison Avenue** <br>**Cincinnati, OH 45211** | | H | | | 2002-2004 <br>**Account** | | | | 531.00 |
| Account No. x7161 <br><br>**US Auto Finance** <br>**c/o Joe Perry Redd, Esq.** <br>**1959 G Parker Court** <br>**Stone Mountain, GA 30087** | | H | | | Auto deficiency | | | | 6,724.91 |
| Account No. 6503 <br><br>**US Bank** <br>**P.O. Box 108** <br>**Saint Louls, MO 63197** | | H | | | 2006 <br>**Credit card** | | | | 2,627.00 |
| Account No. xxxx and 1354 <br><br>**Vanessa L. Hartman, P.C.** <br>**134 Interstate blvd, Ste 7** <br>**Greenville, SC 29615** | | H | | | 2003 <br>**NSF** | | | | 299.00 |

Sheet no. __39__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,983.91

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Erin Amanda Burgess,**     Case No. _____
**Roger Carroll Burgess**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2300**<br><br>**Verizon Wireless**<br>**P.O. Box 26055**<br>**Minneapolis, MN 55426** | | W | Account | | | | 402.00 |
| Account No. **8445**<br><br>**Wach/rec**<br>**P.O. box 3117**<br>**Winston Salem, NC 27102** | | J | 4/2008<br>**Charge off account** | | | | 5,415.00 |
| Account No. **xxxx and 2803**<br><br>**Walton Regional Medical Center**<br>**P.O. box 1346**<br>**Monroe, GA 30655** | | H | 2003<br>**Medical** | | | | 1,223.00 |
| Account No. **Kxxxxxx2276**<br><br>**Wellstar Hospital**<br>**P.O. Box 40616**<br>**Atlanta, GA 30384** | | W | 1/09<br>**Medical** | | | | 570.00 |
| Account No. **Cxxxxx2483**<br><br>**Wellstar Hospital**<br>**P.O. Box 40616**<br>**Atlanta, GA 30384** | | W | 3/09<br>**Medical** | | | | 100.00 |

Sheet no. __40__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,710.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Erin Amanda Burgess,**
**Roger Carroll Burgess**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Kxxxxxx1078**<br><br>**Wellstar Hospital**<br>**P.O. Box 40616**<br>**Atlanta, GA 30384** | | W | **4/09**<br>**Medical** | | | | 1,780.00 |
| Account No. **Kxxxxxx1485**<br><br>**Wellstar Hospital**<br>**P.O. Box 40616**<br>**Atlanta, GA 30384** | | W | **1/09**<br>**Medical** | | | | 775.00 |
| Account No. **1078**<br><br>**Wellstar Kennestone**<br>**P.O. Box 406161**<br>**Atlanta, GA 30384** | | W | **Medical** | | | | 164.00 |
| Account No. **1485**<br><br>**Wellstar Kennestone**<br>**P.O. Box 406161**<br>**Atlanta, GA 30384** | | W | **1/2009**<br>**Medical** | | | | 775.00 |
| Account No. **9098**<br><br>**Wellstar Phys. Group**<br>**805 Sandy Plains Road**<br>**Marietta, GA 30066** | | W | **Account** | | | | 10.00 |

Sheet no. __41__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,504.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Erin Amanda Burgess,**
     **Roger Carroll Burgess,**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **8996** <br><br> **West Asset Management** <br> **P.O. Box 1420** <br> **Sherman, TX 75091** | | H | | | Medical  (Cartersville Medical Center) | | | | 403.00 |
| Account No. **xxxx and 9915** <br><br> **West Asset Management** <br> **P.O. Box 1420** <br> **Sherman, TX 75091** | | | W | | 2008 <br> Account (Sprint) and (Cartersville Medical Center) | | | | 630.00 |
| Account No. <br><br> **Westpoint** <br> **c/o Bennett & Deloney, PC** <br> **P.O. Box 190** <br> **Midvale, UT 84047** | | H | | | 11/2004 <br> NSF | | | | 431.00 |
| Account No. **1100** <br><br> **WFNNB** <br> **4590 E. Broad Street** <br> **Columbus, OH 43213** | | | W | | Credit card | | | | 9,241.00 |
| Account No. **1006** <br><br> **World Financial Network Bank** <br> **P.O. Box 182121** <br> **Columbus, OH 43218** | | | W | | Account with American Signature | | | | 8,789.00 |

Sheet no. __**42**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,494.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Erin Amanda Burgess,**          Case No. _____
        **Roger Carroll Burgess**

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1006**<br><br>**WWCC Inc**<br>**1612 N. E. Expressway**<br>**Atlanta, GA 30329** | | W | **10/07**<br>**Medical** | | | | 50.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __43__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 50.00 |
| | Total<br>(Report on Summary of Schedules) | 343,124.85 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy